# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| OMMER EVERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:15-cv-01478 |
| | ) | |
| SCI TENNESSEE FUNERAL | ) | JUDGE CAMPBELL |
| SERVICES, LLC d/b/a | ) | MAGISTRATE JUDGE |
| FOREST LAWN FUNERAL | ) | BROWN |
| HOME AND MEMORIAL | ) | |
| GARDENS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Doc. No. 28); Plaintiff's Response in Opposition (Doc. No. 34); and Defendant's Reply. (Doc. No. 42). For the reasons set forth in the accompanying Memorandum, Defendant's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE